IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DESIRAE MASON**     **PLAINTIFF**

V.     **NO. 4:21-CV-175-DMB-DAS**

**CANNON FORD, LINCOLN, INC.**     **DEFENDANT**

**ORDER**

On August 12, 2022, the parties filed a joint motion representing that they "reached a full and final settlement of the plaintiff's claims" and requesting that, based on the settlement reached, the Court (1) "lift the stay that was previously entered," (2) "dismiss this action with prejudice," "with the parties bearing their own costs," and (3) "retain jurisdiction over the parties and this matter in order to enforce the terms of the parties' settlement agreement, as necessary." Doc. #17.

In light of the settlement, the joint motion to lift stay and dismiss [17] is **GRANTED**. The stay in this case is **LIFTED**. This case is **DISMISSED with prejudice** with each party to bear its own costs. The Court retains jurisdiction to enforce the settlement, if necessary. A final judgment will issue separately.

**SO ORDERED**, this 15th day of August, 2022.

    /s/Debra M. Brown
    **UNITED STATES DISTRICT JUDGE**