IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DESIRAE MASON**                                                                         **PLAINTIFF**

V.                                                                         **NO. 4:21-CV-175-DMB-DAS**

**CANNON FORD, LINCOLN, INC.**                                               **DEFENDANT**

## ORDER

In accordance with the order entered this day based on the settlement reached, this case is **DISMISSED with prejudice**, with each party to bear its own costs. The Court retains jurisdiction to enforce the settlement, if necessary.

**SO ORDERED**, this 15th day of August, 2022.

                                                                          /s/Debra M. Brown
                                                                          **UNITED STATES DISTRICT JUDGE**